# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143722

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BOBBY ALLEN WILLIAMS,
      Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143722
COA: 297796
Kent CC: 08-013299-FC

On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

y1219